(January 25, 1945.)

SHELDON-STAR LINEN SERVICE, INC., Appellant, v. ABRAHAM GEISINGER et al., Respondents.— Order, so far as appealed from, unanimously modified upon questions of law by granting the motion made under rule 109 of the Rules of Civil Practice to strike out the third separate defense, and as so modified affirmed, with $20 costs and disbursements to the appellant, with leave to the defendants to serve a further amended answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO A. MILAZZO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

FRANK C. CAMPBELL, Respondent, v. FREDERICK W. MARQUAND et al., Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.; Peck, J., dissents and votes to reverse and dismiss the complaint.

SUPERIOR SEATING COMPANY, INC., Respondent, v. LOUIS W. ABRONS, Appellant, et al., Defendants.— Order affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order with notice of entry on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse the order and grant the motion to dismiss the complaint upon the ground that the complaint fails to set forth a cause of action under subdivision 5 of section 48 of the Civil Practice Act, and that the alleged cause of action pleaded is barred by the Statute of Limitations. [See post, p. 809.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 115 EAST 53RD STREET CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— The court's finding of value for land and building on Lot 17 (624 Lexington Avenue) should be affirmed; but the order should be modified by fixing the true values on the remaining parcels as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 115 East 53rd Street (Lot 9) | | | |
| 1941–42 | $155,000 | $110,000 | $265,000 |
| 1942–43 | 150,000 | 105,000 | 255,000 |
| 123 East 53rd Street (Lot 12) | | | |
| 1941–42 | 208,500 | 160,000 | 368,500 |
| 1942–43 | 203,500 | 155,000 | 358,500 |
| 118 East 54th Street (Lot 61) | | | |
| 1941–42 | 170,000 | 140,000 | 310,000 |
| 1942–43 | 160,000 | 135,000 | 295,000 |

Order, so far as appealed from, unanimously modified accordingly and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of S. KNEPPER REALTY CORP., Appellant. MAURICE HABER, Respondent.— Order unanimously reversed, with costs and disbursements to the appellant to abide the event, and the matter remitted to Special Term for further proceedings and findings, including the practicability of altering the premises for separate occupancy. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.